UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Samuel Hull,<br><br>       Plaintiff,<br><br>v.<br><br>ConvergeOne, Inc.,<br><br>       Defendant. | Case No. 20-cv-00984 (SRN/KMM)<br><br><br>**ORDER** |

Demetria Laparis Dyer and Sonia L. Miller-Van Oort, Sapientia Law Group, PLLC, 120 South 6th Street, Suite 100, Minneapolis, MN 55402, and Ellie K. Vilendrer, Vilendrer Law, PC, 3800 American Blvd. West, Suite 1500, Minneapolis, MN 55431, for Plaintiff.

Andrew B. Murphy and Raphael Coburn, Faegre Drinker Biddle & Reath LLP, 90 South 7th Street, Suite 2200, Minneapolis, MN 55402, for Defendant.

SUSAN RICHARD NELSON, United States District Judge

      This matter is before the Court on the parties' request to stay proceedings [Doc. No. 53] pending the Eighth Circuit's en banc rehearing of *Holbein v. Baxter Chrysler Jeep, Inc.*, 948 F.3d 931 (8th Cir. 2020), *reh'g en banc granted, opinion vacated* (Mar. 19, 2020). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Cottrell v. Duke*, 737 F.3d 1238, 1248 (8th Cir. 2013) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). The Court finds, in the interest of judicial economy and the conservation of the parties' resources, that a stay is warranted here.

1

2

Accordingly, **IT IS HEREBY ORDERED** that these proceedings be **STAYED** pending the resolution of the Eighth Circuit's en banc rehearing in *Holbein v. Baxter Chrysler Jeep, Inc.*, 948 F.3d 931 (8th Cir. 2020).

**IT IS SO ORDERED.**


Dated: September 18, 2020               s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Judge